UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Donald Thuillard and Mary Thuillard,<br><br>            Plaintiffs,<br><br>         v.<br><br>UNITED STATES CUSTOMS AND BORDER SECURITY,<br><br>            Defendant. | No. CV-04-368-FVS<br><br>ORDER |

   The Court, being fully advised, now, therefore,

   **IT IS HEREBY ORDERED:**

   1.  Plaintiffs' Motions for Summary Judgment, **Ct. Rec. 4 and 6**, are **DENIED WITH LEAVE TO RENEW** in accordance with the Court's scheduling order.

   2.  Defendant shall file a response to Plaintiffs' Motion to Exclude, **Ct. Rec. 9, within 14 days of the entry of this Order.**  If Plaintiffs choose to file a reply, they must file such within 14 days of the filing of Defendant's response.

   3.  Plaintiffs' Motion for Default, **Ct. Rec. 13**, is **DENIED**.

//

//

//

//

ORDER - 1

1  //

2  **IT IS SO ORDERED.** The District Court Executive is hereby
3  directed to enter this Order and furnish copies to counsel and the
4  plaintiffs.

5  **DATED** this <u>7th</u> day of July, 2005.

```
                    s/ Fred Van Sickle
                     Fred Van Sickle
              Chief United States District Judge
```

ORDER - 2