UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

DONALD THUILLARD and MARY
THUILLARD,                                    No. CV-04-368-FVS

              Plaintiffs,

                                              ORDER

         v.

U.S. CUSTOMS AND BORDER SECURITY,

              Defendant.

    **THIS MATTER** is before the Court pursuant to Plaintiffs' Motion
for Summary Judgment (Ct. Rec. 60).  Plaintiffs are proceeding *pro se*.
Defendant is represented by Pamela DeRusha.

    On January 26, 2006, the Court entered an order granting
Defendant's motion to dismiss and closing the file.  (Ct. Rec. 58).
That order also found as moot, Plaintiffs' Motion for Order to Show
Cause and Motion to Set Aside Defendant's Motion to Dismiss and
Alternative for Summary Judgment.  *Id.*  Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Summary Judgment
(**Ct. Rec. 60**) is **DENIED** because the file in the above-captioned matter
was closed after Plaintiffs' Complaint was dismissed.  Therefore, the
**Court will not accept any future filings in this case number.**

//

//

//

ORDER - 1

1    //

2         **IT IS SO ORDERED.**  The District Court Executive is hereby

3    directed to enter this Order and furnish copies to counsel **and to the**

4    **Plaintiffs.**

5         **DATED** this <u>1st</u> day of May, 2006.

6                        s/ Fred Van Sickle
                         Fred Van Sickle
7                    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2